# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff(s),    :    Case No. 3:11-po-113

 - vs -    Magistrate Judge Michael R. Merz

CHARLES PITTS

        Defendant(s).    :

## ORDER REVOKING PROBATION

This case came on for hearing on January 16, 2013, on report of the Probation Officer that Defendant had violated the conditions of his probation by not completing any substance abuse and/or mental health treatment as directed by the probation officer; failing to attend treatment at the Nova Behavioral Health on a weekly basis, by missing sessions in July, October and November, 2012.

Defendant admitted the violations of the conditions of his probation.

Accordingly, it is hereby ordered that Defendant Charles Pitt's probation is revoked and he is remanded to the custody of the Attorney General of the United States for a term of sixty (60) days.

January 19, 2013

                                              s/ *Michael R. Merz*
                                        United States Magistrate Judge